Leonard J. McDonald, Jr.
State Bar No. 014228
LJM@tblaw.com
David W. Cowles
State Bar No. 021034
DWC@tblaw.com

**TB TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9240
TELEPHONE: (602) 255-6007
FACSIMILE:   (602) 255-0192

WRIGHT, FINLAY & ZAK, LLP
Bradford E. Klein, Esq.
State Bar No. 027720
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
bklein@wrightlegal.net

*Attorneys for Defendants First American*
11-30066

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KARL and FABIANA STAUFFER,<br><br>             Plaintiffs,<br><br>v.<br><br>PREMIER SERVICE MORTGAGE, LLC, et al.,<br><br>             Defendants. | No.  2:11-cv-00753-SRB<br><br>**FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC'S SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT** |

1

1   Pursuant to the Court's May 5, 2011 Order (doc. 15), Defendant First American Trustee Servicing Solutions, LLC, supplements its Rule 7.1 Corporate Disclosure Statement (doc. 14) as follows:

First American Trustee Servicing Solutions, LLC, has as its sole member First American Title Company, a California corporation.

RESPECTFULLY SUBMITTED this 12th day of May, 2011.

TIFFANY & BOSCO, P.A.

By:   /s/  David W. Cowles
     Leonard J. McDonald, Jr.
     David W. Cowles
     Third Floor Camelback Esplanade II
     2525 East Camelback Road
     Phoenix, Arizona 85016-9240

and

WRIGHT, FINLAY & ZAK, LLP
Bradford E. Klein, Esq.,
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

***Attorneys for Defendant First American***

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2011, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ronald E. Warnicke, Esq.
GORDON SILVER
One East Washington, Suite 400
Phoenix, Arizona 85004
*Attorney for Plaintiffs*

Gregory J. Marshall
Michael J. Coccaro
SNELL & WILMER
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
*Attorneys for U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3*

By: Gail Hardin