# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

June 1, 2011

Clerk of Court,
Maricopa County Superior Court
201 West Jefferson
Phoenix, AZ 85003-2205

**ATTN: Civil File Counter**

**RE:   REMAND TO MARICOPA COUNTY SUPERIOR COURT**

   District Court Case Number:   CV 11-0753-PHX-SRB

   Superior Court Case Number:   CV 2011-005567

   **In re: Karl Stauffer, et al., vs. Premier Service Mortgage LLC, et al.,**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on June 1st 2011, remanding the above case to Maricopa County Superior Court for the State of Arizona.

Sincerely,

RICHARD H. WEARE, DCE/CLERK OF COURT

by: s/ Kathy Gerchar
   Kathy Gerchar, Deputy Clerk

Enclosure: Order

cc: Judicial Administrator, all counsel

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*